IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 22 2016
BY ARTHUR JOHNSTON
_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:16cr19CWR-FKB

GIOVANN LANSLEY DIXON  18 U.S.C. § 113(a)(6)

**The Grand Jury charges:**

That on or about March 24, 2011, in Neshoba County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservations in the Indian Country, the defendant, **GIOVANN LANSLEY DIXON**, a Choctaw Indian, did assault S.A., a Choctaw Indian, which assault resulted in serious bodily injury.

All in violation of Sections 113(a)(6) and 1153, Title 18, United States Code.

_____
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 22nd day of MARCH, 2016.

_____
UNITED STATES MAGISTRATE JUDGE